Elias Steve Robinson
Name
526 Flower ST.
Mailing address
Anchorage, AK. 99508
City, State, Zip
907-217-3516
Telephone


RECEIVED

DEC 10 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Elias Steve Robinson,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. Deep Sea Fisheries, Inc.
dibla Big Creek Fisheries,

Wilton Insurance/Adjusters,

John Boggs & Mary Boggs,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. 3:25-CV-00353-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

Whistle Blowers Case under AS 18.60.089

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Elias Steve Robinson,
(print your name)

who presently resides at 526 Flower ST. Anchorage, AK. 99508,
(mailing address)

were violated by the actions of the individual(s) named below. John Boggs & Mary Boggs

TReG R Taylor
Former Health & Social Serv.
ATTRY, Gen, of Alaska, Jeanne

Wilton Insurance/Adjusters
by. ATTY. Richmond & Quinn
Kenneth Gorsch
360 K ST. # 200

Ricki Clark
Deep Sea Fisheries
dibla Big Creek Fisheries
By ATTY. Farley & Graves
Donna Myers
841 K ST. # 250
Anchorage, AK. 99501

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _____John Boggs_____ is a citizen of

_____Alaska_____, and is employed as a____President / owner_____.
(state)          (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____Mary Boggs_____ is a citizen of

_____Alaska_____, and is employed as a____Vice President / owner_____.
(state)          (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, ____Ricki Clark_____ is a citizen of

_____Alaska_____, and is employed as a____Human Resource / Manager_____.
(state)          (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:25-cv-00353-SLG-MMS   Document 1   Filed 12/10/25   Page 2 of 7

Claim 1: On or about 07/34/2019 _____, my civil right to
(Date) 6,7

Due Process _____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Ricki Clark, Deep Sea Fisheries, Wilton Insurance/Adjusters
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was contracted to work at the Defendants Plant. I obtained a physical Prior to work. I became ill at the plant after eating and drinking their food. The shower water was dirty. There were no operating wash stations in the work areas. There were many infestations through out the plant due to unsanitary work areas. The management & owners were aware of the many violations & did not fulfil their part of the work contract by not supplying safe & habitable work place & housing. When management became aware of my situation I was retaliated against myself i.e. refusal of food and bottled water, cursed at, bathroom set on fire while I was in shower. I was refused Medical Care. After help from outside I was finally flown back to Anchorage where I started the process of Medical Care. This case has been found to have merit as a Whistle Blowers Case by All Investigating Entities. Upon returning I immediately made reports to Wage &hr. OSHA whom contacted the DEC And the Burrough. Also the FDA. There were well closures, wages paid. There were findings that the company and employees falsified Records and made false statements

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4, <u>Big Creek Fisheries</u> is a citizen of
<u>Alaska</u>, and is employed as a <u>Business</u>.
(state)　　　　　　　　　　　　　　(defendant's government position/title)

<u>X</u> This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 5, <u>Deep Sea Fisheries</u> is a citizen of
<u>Alaska</u>, and is employed as a <u>Business</u>.
(state)　　　　　　　　　　　　　　(defendant's government position/title)

<u>X</u> This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 6, <u>Wilton Insurance Adjusters</u> is a citizen of
<u>Alaska</u>, and is employed as a <u>Business</u>.
(state)　　　　　　　　　　　　　　(defendant's government position/title)

<u>X</u> This defendant **personally participated** in causing my injury, and I want **money damages**.
OR

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:25-cv-00353-SLG-MMS    Document 1    Filed 12/10/25    Page 4 of 7

Claim 1: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _✗_ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Elias S. Robinson_

Defendant(s): _Deep Sea Fisheries, Big Creek Fisheries, Wilton Insurance/Adjusters_

Name and location of court: _Alaska Superior Court - Anchorage_

Docket number: _3AN-24-05377CI_ Name of judge: _Adolf V. Zeman_

Approximate date case was filed: _03/22/24_ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _✗_ Still pending

Issues Raised: _WhisTle Blower CASe, Motions To Compel, Release of Defendant_

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_10,000,000._

2. Punitive damages in the amount of $ _To be determined_ .

3. An order requiring defendant(s) to _Answer All Demands_

4. A declaration that _All Defendants are guilty. Proof from Fed. Agency That plants are current to code._

5. Other: _____

Plaintiff demands a trial by jury. _X_ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ___ANCHORAGE___ on _12 10 2025_
(Location)                          (Date)

_____
(Plaintiff's Original Signature)

_____        _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____

Attorney's Address and Telephone Number

Case 3:25-cv-00353-SLG-MMS    Document 1    Filed 12/10/25    Page 7 of 7