FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELIAS ROBINSON,

                    Plaintiff,

          v.

DEEP SEA FISHERIES, INC., d/b/a BIG
CREEK FISHERIES, LLC and WILTON
INSURANCE,

                    Defendants.

Case No. 3AN-24-05377 CI

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

This matter having come before the Court on Plaintiff's Motion to Compel Discovery, Strike Defendants' Objections, and Seek Damages for Whistleblower Retaliation, and the court having considered any response thereto, and being fully apprised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery, Strike Defendants' Objections, and Seek Damages for Whistleblower Retaliation is DENIED. *

DATED this __30th__ day of October, 2025, at Anchorage, Alaska.

*Plaintiff's Motion to Compel does not identify outstanding discovery nor does it specify the Defendant he is seeking to compel. Plaintiff repeatedly cites to the Federal Rules of Civil Procedure. This action is in State Superior Court and the Federal Rules are not applicable.

_____
Adolf V. Zeman
Superior Court Judge

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
ROBINSON V. DEEP SEA FISHERIES, ET AL.
CASE NO. 3AN-24-05377 CI

Page 1 of 2

33733/DL

## CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5, I hereby certify that on this _____ day of October. 2025 I caused a true and correct copy of the foregoing document to be served to the following person(s):

Elias S. Robinson (VIA EMAIL AND MAIL)
526 Flower St.
Anchorage, AK 99508
eliasandmichaelaR89@gmail.com

Kenneth M. Gutsch (VIA EMAIL ONLY)
Richmond & Quinn
360 K St., Ste. 200
Anchorage, AK 99501
kgutsch@richmondquinn.com
dfrost@richmondquinn.com

By: _____
Dru Lippert

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
ROBINSON V. DEEP SEA FISHERIES, ET AL.
CASE NO. 3AN-24-05377 CI

Page 2 of 2

33733/DL

Case 3:25-cv-00353-SLG-MMS    Document 1-1    Filed 12/10/25    Page 2 of 5

- Well this deals with federal and state…

**COURT:**
Although some rules run similar, they are different; we do have to separate these requests; if you want answers, it has to be done

**Elias Robinson**
- I thought I did under rule federal procedure 34 and 26…

**COURT:**
Going back to what I am saying, review the state rules

**Elias Robinson**
- Mandates under federal procedures…
- Are we addressing…

**COURT:**
I will review that

**Elias Robinson**
- You want me to reserve them individually which I thought I did

**COURT:**
I want to make sure that it is not necessarily the answers, it is what you are seeking being separate

**Elias Robinson**
- Right…

**Donna Meyers**
- I do not know if he filed initial disclosures…

**Elias Robinson**
- those were some of my initial disclosures and my own interrogatories to answer

**COURT:**
Each thing should be its own thing, initial disclosures will be its own document, requests separate document… so lets redo that

**Off record**

3AN-24-05377CI 11-12-2025 Status.docm

Page 2 of 2

These notes are not the official record. The official record of the hearing is the electronic recording. ADR 35(a).

Case 3:25-cv-00353-SLG-MMS    Document 1-1    Filed 12/10/25    Page 3 of 5

# Alaska Trial Courts

# Certificate of Distribution

Case Number: 3AN-24-05377CI

Case Title: ROBINSON, ELIAS VS. DEEP SEA FISHIERIES INC.

The Alaska Trial Courts certify that the Order Denying Motion Case Motion #10: Motion to Compel Discovery, Strike Defendants' Objections, and Seek Damages for Whistle Blower Retaliation was distributed to:

| Recipient | Servicing Method | Distribution Date |
|---|---|---|
| Elias Robinson | Email | 11/12/2025 |
| Donna Meyers | Email | 11/12/2025 |
| Kenneth Gutsch | Email | 11/12/2025 |

**Courtroom:** 503

**Judge:** Adolf Zeman

**Date:** Wednesday, November 12, 2025

**Clerk:** S. Nayen

**Case No:** 3AN-24-05377CI

**Case Title:** Robinson, Elias     Vs.     Deep Sea Fishieries Inc.

Wilton Insurance

**Type of Proceeding:** Status Hearing

**Counsel Present:**

Plaintiff: Pro Se – Telephonic
Defendant: Kenneth Gutsch – Not Present
Donna Meyers – Telephonic

**Court Orders:** Mr. Robinson to separate filings and re-serve the parties

---

## Summary of Proceedings:

**3:35:47 PM** | On record – Court identifies case and parties

**Donna Meyers**
- Mr. Robinson filed several things; I am not sure about the relief he is requesting; he filed motion to compel; we responded
- We filed response…

**3:37:38 PM** | **Elias Robinson**
- I filed the interrogatories…
- I need to see discovery

**3:38:22 PM** | **Donna Meyers**
- It was a document that he served on us; it was hard to understand it; there was no separate discovery request directed to my client; it was not clear who it was addressed to; it was 159 pages…
- In our response, we asked to submit a separate request, instead of putting everything together…

**3:39:28 PM** | **COURT:**
Rule 26 – 34; if you google those, it can provide some guidance; discovery requests can't be intermingled…

**3:40:30 PM** | **Elias Robinson**
- What do you guys not understand regarding federal rules… I want fair opportunity; my servings were not wrong, or not legible…
- It is being misinterpreted; I see rules in my favor to my motions…

**3:41:24 PM** | **COURT:**
If you are running under federal rules, this is a state court

**Elias Robinson**

3AN-24-05377CI 11-12-2025 Status.docm     Page 1 of 2
These notes are not the official record. The official record of the hearing is the electronic recording. ADR 35(a).
Case 3:25-cv-00353-SLG-MMS    Document 1-1    Filed 12/10/25    Page 5 of 5