**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ELIAS STEVE ROBINSON,<br>Plaintiff,<br>v.<br>DEEP SEA FISHERIES, INC. *et al*.,<br>Defendants. | Case No. 3:25-cv-00353-SLG-MMS |

## ORDER OF DISMISSAL

Before the Court at Docket 1 is Plaintiff Elias Steve Robinson's Complaint. The Complaint was referred to the Honorable Magistrate Judge Matthew M. Scoble for screening. At Docket 9, Judge Scoble issued his Report and Recommendation, in which he recommended that this action be dismissed without prejudice and any pending motions denied as moot. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2]

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[3]

The Magistrate Judge recommended that the Court dismiss the complaint without prejudice and any pending motions be denied as moot.

On de novo review, the Court agrees with the Magistrate Judge's analysis. Accordingly, the Court adopts the Report and Recommendation in its entirety, and IT IS ORDERED that this action is DISMISSED without prejudice and any pending motions are DENIED as moot. The Clerk of Court shall issue a final judgment and close this case.

IT IS SO ORDERED this 30th day of October 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).